

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Bank of America, N.A.                                                             **PLAINTIFF**

V.                                                           CIVIL ACTION NO. 1:14cv411-LG-RHW

U. S. Small Business Administration
And All Person Having or Claiming Any
Legal or Equitable Interest In the Property
Described in the Complaint                                                         **DEFENDANTS**

## AGREED JUDGMENT AND ORDER OF DISMISSAL

This action having come on for hearing on the Complaint of Plaintiff and the Answer of Defendant U.S. Small Business Administration ("SBA"), and the Court having been advised that the parties have reached an agreement as to the claims made by the Plaintiff against the SBA, finds as follows:

1.  On February 12, 2003, Chung Nguyen and Lisa Truong signed a Deed of Trust in favor of Realty Mortgage Corporation dba Magnolia Mortgage, which is recorded in the land records of Harrison County at Book 2571, Page 75, and contains an incorrect legal description. On October 3, 2014, a Correction Deed of Trust was recorded as Instrument No. 2014 8155T J-1, correcting the legal description in the Deed of Trust recorded at Book 2571, Page 75 to the following description: Lot 15 of Tiny Acres Subdivision, a subdivision according to the Plat thereof as recorded in Plat Book 33, Page 2, of the Office of the Chancery Clerk of Harrison County, Mississippi.

2.  On January 17, 2006, two (2) Deeds of Trust were executed by Chung Nguyen and Lisa Truong in favor of the SBA, granting a security interest in Lot 15. Those Deeds of Trust are recorded in the land records of Harrison County, Mississippi, First Judicial District as Instrument Nos. 2006 8893T-J1 and 2006 12306T-J1.

3.  The Deeds of Trust recorded as Instrument Nos. 2006 8893T-J1 and 2006 12306T-J1 should be subordinate to the Deed of Trust recorded at Book 2571, Page 75, and corrected by

Correction Deed of Trust recorded as Instrument No. 2014 8155T-J-1.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Deeds of Trust executed by Chung Nguyen and Lisa Truong in favor of the SBA recorded as Instrument Nos. 2006 8893T-J1 and 2006 12306T-J1 are subordinate to that Deed of Trust recorded at Book 2571, Page 75, and corrected as Instrument No. 2014 8155J-T-1.

**IT IS FURTHER ORDERED AND ADJUDGED** that the case, and all remaining claims, are dismissed with prejudice.

ORDERED AND ADJUDGED on this the 10TH day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Susan D. McNamara
Susan D. McNamara (MBN 99572)
R. Neill Bryant (MBN 103579)
WATKINS & EAGER, PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi 39205-0650
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
*Attorney for Plaintiff*

/s/ Lynn Murray
Lynn Murray (MBN 3690)
Assistant United States Attorney
510 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: 601-973-2822
Facsimile: 601-965-4409
*Attorney for U.S. Small Business Administration*